# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

MICHAEL L. KING,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.

No.    2:14-cv-00335-JTR

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  August 3, 2015

                    SEAN F. McAVOY
                    Clerk of Court

                    By: *s/Tonia Ramirez*
                    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**